**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA**

v.                                                                                          **CASE NO. 3:21cr7-01/MCR**

**CHELSIE WORTHEN**

_____/

## ACCEPTANCE OF PLEA OF GUILTY

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, the plea of guilty of the Defendant, **CHELSIE WORTHEN,** to Counts One through Eighteen of the Indictment is hereby **ACCEPTED**. All parties shall appear before this Court for sentencing as directed.

**DONE AND ORDERED** this 13th day of July 2021.

                                                    *s/ M. Casey Rodgers*
                                                    **M. CASEY RODGERS**
                                                    **UNITED STATES DISTRICT JUDGE**